UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | 2:12-md-02311<br>Honorable Marianne O. Battani |
| IN RE: POWER WINDOW MOTORS | : : : : | Case No. 2:13-cv-02301-MOB-MKM<br>Case No. 2:15-cv-11829-MOB-MKM |
| THIS DOCUMENT RELATES TO: DIRECT PURCHASER ACTION | : : : | |

**NOTICE OF SIXTH CIRCUIT ORDER FOR LIMITED REMAND REGARDING THE MOTION FOR PRELIMINARY APPROVAL OF THE DIRECT PURCHASER SETTLEMENT WITH THE MITSUBA DEFENDANTS AND FOR PROVISIONAL CERTIFICATION OF A DIRECT PURCHASER SETTLEMENT CLASS**

Direct Purchaser Plaintiff All European Auto Supply, Inc. ("Plaintiff") hereby notifies the Court that the Court of Appeals for the Sixth Circuit has entered an "Order for Limited Remand" in this case regarding the direct purchaser settlement with the MITSUBA Defendants.

After the Court dismissed the case Plaintiff filed a notice of appeal. Plaintiff and the MITSUBA Defendants had agreed to settle the matter. Because the case was then on appeal to the Sixth Circuit, the Plaintiff moved this Court for an indicative ruling, pursuant to Federal Rule of Civil Procedure 62.1, that the Court would either grant the "Direct Purchaser Plaintiff's Motion for Preliminary Approval of Proposed Settlement with the MITSUBA Defendants, and for Provisional Certification of a Direct Purchaser MITSUBA Settlement Class" if the Court of Appeals remanded for that purpose, or that the preliminary approval motion raised a substantial issue. The preliminary approval motion, supporting brief, and proposed order were attached to the motion as Exhibit 1, and the Settlement Agreement was attached as Exhibit 1 to Exhibit 1.

On August 30, 2018, the Court granted the motion and "conclude[d] that, if the matter were remanded for consideration of the preliminary approval of the direct purchaser settlement with Mitsuba and for provisional certification of the direct settlement class, the motion would be granted."

Thereafter, the parties filed a "Joint Motion for Limited Remand" with the Sixth Circuit. On September 11, 2018, the Sixth Circuit granted the motion, the order is attached as Exhibit A, and remanded the case to this Court for further proceedings with respect to the MITSUBA class settlement.

Dated: September 12, 2018    Respectfully submitted,

  /s/David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
FINK + ASSOCIATES LAW
38500 Woodward Ave; Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500

Interim Liaison Counsel for the Direct Purchaser Plaintiff

Steven A. Kanner
William H. London
Michael E. Moskovitz
FREED KANNER LONDON
  & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

2

| | |
|---|---|
| Gregory P. Hansel | Eugene A. Spector |
| Randall B. Weill | William G. Caldes |
| Michael S. Smith | Jonathan M. Jagher |
| PRETI, FLAHERTY, BELIVEAU | Jeffrey L. Spector |
|   & PACHIOS LLP | SPECTOR ROSEMAN & KODROFF, P.C. |
| One City Center, P.O. Box 9546 | 1818 Market Street, Suite 2500 |
| Portland, ME  04112-9546 | Philadelphia, PA  19103 |
| Telephone: (207) 791-3000 | Telephone: (215) 496-0300 |

Interim Co-Lead Counsel for the Direct Purchaser Plaintiff

        M. John Dominguez
        COHEN MILSTEIN SELLERS
         & TOLL PLLC
        2925 PGA Boulevard, Suite 204
        Palm Beach Gardens, FL 33410
        Telephone: (561) 515-1400

        Direct Purchaser Plaintiff's Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2018, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

        FINK + ASSOCIATES LAW

        By: /s/Nathan J. Fink
        David H. Fink (P28235)
        Darryl Bressack (P67820)
        Nathan J. Fink (P75185)
        38500 Woodward Ave; Suite 350
        Bloomfield Hills, MI  48304
        Telephone: (248) 971-2500
        nfink@finkandassociateslaw.com